**NJID 825860**
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
<u>Attorneys for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-G</u>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br>    OSVALDO SANTIAGO, JR | : CHAPTER 7 |
| | : CASE NO.  19-20633-SLM |
| Debtor | **: NOTICE OF MOTION FOR**<br>**: RELIEF FROM**<br>**: STAY** |
| OSVALDO SANTIAGO, JR<br>379 DELAWARE AVENUE,<br>PATERSON, NJ 07503<br><br>OSVALDO SANTIAGO, JR<br>379 AKA 381 DELAWARE AVENUE<br>PATERSON, NJ 07503 | RUSSELL L. LOW, ESQUIRE<br>505 MAIN STREET<br>SUITE 304<br>HACKENSACK, NJ 07601<br><br>BENJAMIN A. STANZIALE, JR,<br>TRUSTEE<br>29 NORTHFIELD AVE, SUITE 201<br>WEST ORANGE, NJ 07052<br><br>U.S. TRUSTEE<br>US DEPT OF JUSTICE<br>OFFICE OF THE US TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK, NJ 07102 |

**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY (REAL PROPERTY)**

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-G (hereinafter 'Movant') has filed papers with the Court to have an Order entered granting it relief from the automatic stay and co-debtor stay against the property commonly known as 379 AKA 381 DELAWARE AVENUE, PATERSON, NJ 07503.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to grant Movant relief from the automatic stay and co-debtor stay regarding the above real property, or if you want the Court to consider your views on the Motion, then on or before July 23, 2019 you or your attorney must:

File with the Court a written response to Movant's Motion explaining your position. Your response must be filed with the Bankruptcy Clerk of the United States Bankruptcy Court, 402 East State Street, Trenton, New Jersey 08608.

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to:

/s/ Nicholas V. Rogers
Nicholas V. Rogers, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 42689
Fax: 856-813-5501
Email: nicholas.rogers@phelanhallinan.com

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102
U.S. Trustee

BENJAMIN A. STANZIALE, JR, Trustee
29 NORTHFIELD AVE, SUITE 201
WEST ORANGE, NJ 07052
Chapter 7 Trustee

If you are opposing the Order Movant is seeking from the Court, you must attend the hearing scheduled to be held on July 30, 2019 at 10:00 a.m. at the United States Bankruptcy Courthouse, Courtroom 3A, 50 Walnut Street, 3rd Floor, Newark, N.J. 07102, before the Honorable STACEY L. MEISEL, presiding.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Dated: July 1, 2019

/s/ Nicholas V. Rogers
Nicholas V. Rogers, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 42689
Fax: 856-813-5501
Email: nicholas.rogers@phelanhallinan.com